# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 12-1342**                                      September Term, 2013

EPA-77FR33642

Filed On: August 14, 2014 [1507480]

Utility Air Regulatory Group,

      Petitioner

  v.

Environmental Protection Agency,

      Respondent

------------------------------

American Coalition for Clean Coal Electricity, et al.,
      Intervenors

------------------------------

Consolidated with 12-1343, 12-1344, 12-1425, 12-1480, 13-1003, 13-1045, 13-1077, 13-1129, 13-1178, 13-1179, 13-1180

## O R D E R

Upon consideration of the unopposed motion to govern further proceedings, it is

**ORDERED** that the motion be granted. The parties are directed to file new motions to govern on or before October 15, 2014.

                                          FOR THE COURT:
                                          Mark J. Langer, Clerk

                                BY:    /s/
                                            Mark A. Butler
                                            Deputy Clerk