# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 13-1077					September Term, 2013

EPA-77FR33642

Filed On: August 14, 2014 [1507496]

Mississippi Department of Environmental Quality,

      Petitioner

      v.

Environmental Protection Agency,

      Respondent

## O R D E R

Upon consideration of petitioner's motion to dismiss the petition for review, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the Environmental Protection Agency a certified copy of this order in lieu of formal mandate.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Mark A. Butler
Deputy Clerk